STATE OF NEW JERSEY v. DONALD WHITFIELD.

July 21, 1980.

Petition for certification denied.

SARAH VER STRATEN v. BOARD OF REVIEW.

July 21, 1980.

Petition for certification denied.

JOSEPH BIGEL v. DIRECTOR OF THE DIVISION OF LOCAL GOVERNMENT SERVICES.

July 21, 1980.

Petition for certification denied.   (See 173 *N.J.Super.* 541)

STATE OF NEW JERSEY v. DULCE MARIA ARIZMENDI.

July 21, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. ADA LOSA.

July 21, 1980.

Petition for certification denied.